**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 11 B 18808 |
| David E Goree, Sr., ) | HON. Jack B. Schmetterer |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Clay Mosberg, P.O Box 3216, Naperville, IL 60566-9713, representing US Bank National Association;

See attached service list.

Please take notice that on January 28, 2015, at 10:00 a.m. I shall appear before the Honorable Judge Jack B. Schmetterer in Courtroom 682 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent this notice and motion on January 6, 2015, to:

The Chapter 13 Trustee listed above via electronic notice;

Clay Mosberg, P.O Box 3216, Naperville, IL 60566-9713, via regular U.S. Mail; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Michael Miller*___
Attorney for Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 11-18808<br>Northern District of Illinois<br>Chicago<br>Tue Jan  6 10:29:11 CST 2015 | AMERICA'S SERVICING CO., AS SERVICER FO<br>MAC X7801-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | National Capital Management, LLC<br>8245 TOURNAMENT DRIVE<br>SUITE 230<br>MEMPHIS, TN 38125-1741 |
| PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Afni, Inc.<br>PO BOX 3247<br>Bloomington, IL 61702-3247 |
| Americas Servicing Co<br>Attention:  Bankruptcy<br>Po Box 10328<br>Des Moines, IA 50306-0328 | Blatt, Hasenmiller Leibsker & Moore<br>125 S. Wacker Drive Suite # 400<br>Chicago, IL 60606-4440 | Chase<br>OH1-1188<br>340 S. Cleveland Avenue BLDG 370<br>Westerville, OH 43081-8917 |
| Collection/Credit Collection services<br>Po Box 9133<br>Needham, MA 02494-9133 | Credit Management Cont<br>Po Box 1654<br>Green Bay, WI 54305-1654 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 |
| ICS<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | IDOR<br>PO Box 64338<br>Chicago, IL 60664-0338 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Department of Employment<br>Bankruptcy Unit, 3rd Floor<br>401 South State<br>Chicago, IL 60605-1229 | Illinois Department of Employment S<br>Benefits Repayments<br>PO Box 19286<br>Springfield, IL 62794-9286 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Just Smiles<br>2133 S. 17th Avenue<br>Broadview, IL 60155-3019 | Michael Asen PC<br>99 Seavie Blvd, SUite 214<br>Port Washington, NY 11050-4632 |
| Midland Credit Management<br>Po Box 939019<br>San Diego, CA 92193-9019 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Nationwide Credit & Co<br>815 Commerce Dr Ste 100<br>Oak Brook, IL 60523-8839 |
| Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507-0190 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507-0549 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Santander Consumer USA Inc.<br>8585 N Stemmons Fwy, Ste. 1100N<br>Dallas, TX 75247-3822 | Santander Consumer Usa<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | US Bank National Assoc<br>Americas Servicing  Co<br>3476 Stateview Blvd<br>MAC # 7801-014<br>Fort Mill, SC 29715-7203 |

```
US Bank National Association           Us Dept Of Ed/glelsi                  Us Dept Of Education
1 Home Campus                          2401 International                    Attn: Borrowers Service Dept
X-2302 -04C                            Madison, WI 53704-3121                Po Box 5609
Des Moines, IA 50328-0001                                                    Greenville, TX 75403-5609


Usdoe/glelsi                           Veripro Solutions,Inc.                Walmart
2401 International                     PO BOX 3244                           137 West North Ave.
Madison, WI 53704-3121                 Coppell, TX 75019-9244                North lake, IL 60164-2388


David E Goree Sr.                      Michael A Miller                      Patrick S Layng
2038 S. 12th Avenue                    Robert J. Semrad & Associates, LLC    Office of the U.S. Trustee, Region 11
Maywood, IL 60153-3122                 20 S. Clark, 28th Floor               219 S Dearborn St
                                       Chicago, IL 60603-1811                Room 873
                                                                             Chicago, IL 60604-2027


Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Department of Revenue         Portfolio Recovery Associates, LLC
Bankruptcy Section                     POB 41067
Level 7-425, 100 W. Randolph St.       Norfolk, VA 23541
Chicago, IL 60601
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)US Bank National Association...     (u)Veripro Solutions, Inc.           (d)National Capital Management, LLC.
                                                                             8245 Tournament Drive
                                                                             Suite 230
                                                                             Memphis, TN 38125-1741
```

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 11 B 18808 |
| David E Goree, Sr., | ) | HON. Jack B. Schmetterer |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, David E Goree, Sr., by and through Debtor's attorneys, Robert J. Semrad & Associates and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan. Debtor states the following:

1. On May 2, 2011, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On November 23, 2011, this Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors without priority to be paid 10.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires Debtor to make plan payments to the Chapter 13 Trustee in the amount of $610.00 monthly for 36 months.

5. Debtor lost his job and during that time a default accrued with the Chapter 13 Trustee.

6. Debtor has since acquired new employment and is once again in position to proceed with the instant case. Please see Exhibit A for Debtor's amended schedules I and J.

7. Debtor respectfully requests that the current default is deferred to the end of the plan of reorganization.

8. Debtor further requests that the Chapter 13 Plan payments increase to $750.00 per month in order for the case to remain feasible.

9. Debtor is in a position to proceed with the instant case.

10. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That the current default is deferred to the end of the plan of reorganization;

B. That this Honorable Court enter an Order increasing the Chapter 13 Plan payments to $750.00; and

C. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

/s/ Michael Miller____
Attorney for the Debtor

Robert J. Semrad & Associates
20 South Clark Street, 28th Floor
Chicago, Illinois 60603
(312) 913-0625